UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

INTRAWEST CORPORATION and       No. CIV-S-03-0249 MCE/JFM
INTRAWEST U.S. HOLDINGS,
INC.,

     Plaintiffs,

  v.                              **ORDER RE: SETTLEMENT AND DISPOSITION**

FEDERAL INSURANCE COMPANY,

     Defendant.
_____/

    Pursuant to the representations of the attorney for plaintiffs and defendant, Federal Insurance Company, the court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before September 16, 2005.

///
///
///
///
///

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

DATED: September 12, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE